IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

v. : CRIMINAL NO. 09-633

YASSER E. PACHECO DIAZ, :
    a/k/a "Yaniel Perez"

## ORDER

AND NOW, this 21st day of July, 2010, upon consideration of the government's motion to dismiss the original Indictment filed on September 24, 2009, it is hereby

**ORDERED**

that the government's motion is GRANTED. The original Indictment filed on September 24, 209, is dismissed. The Superseding Indictment stands.

**FILED**

JUL 22 2010

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

BY THE COURT:

_____
HONORABLE LEGROME D. DAVIS
*Judge, United States District Court*

4